86

LOCAL 82, INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS, AFL-CIO, ET AL., APPELLANTS, *v.* PUBLIC
UTILITIES COMMISSION OF OHIO ET AL., APPELLEES.

(No. 74-96—Decided December 18, 1974.)

*Mr. Ray E. Schmidt* and *Mr. John B. Huber*, for appellants.

*Mr. William J. Brown*, attorney general, *Mr. Keith F. Henley* and *Mr. Barth Royer*, for appellee Public Utilities Commission.

*Mr. J. R. Newlin, Mr. W. E. Herron* and *Mr. S. F. Koziar*, for appellee Dayton Power & Light Company.

*Per Curiam.* This court will not interfere with the decisions of the Public Utilities Commission unless they are unreasonable or unlawful. A review of the record before this court does not show the instant order to be such and, therefore, it is affirmed.

*Order affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.